IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SHIKINA WILSON, INDIVIDUALLY AND AS SURVIVING PARENT AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DY'QUARIUS GILBERT,<br><br>Plaintiff,<br>v.<br>THE CITY OF ASHBURN, OFFICER ERIC TAYLOR-HAIR, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND DOE OFFICERS 1-5,<br><br>Defendants. | *<br>*<br>*    Case No.: 1:24-CV-68 (LAG)<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 24, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of March, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk